UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
─────────────────────────────────

**ANDREW CRANDALL,**

                **Petitioner,**

-against-                              9:00-CV-0911

**GEORGE B. DUNCAN, Superintendent,
Great Meadow Correctional Facility,**

                **Respondent.**

─────────────────────────────────

**Thomas J. McAvoy, Senior U.S. District Judge**

## DECISION & ORDER

      This *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 was referred to the Hon. George H. Lowe, United States Magistrate Judge, for a Report and Recommendation pursuant to 28 U.S.C. § 636(b) and Local Rule 72.4.

      No objections to the Report and Recommendation dated August 31, 2005 have been filed. Furthermore, after examining the record, this Court has determined that the Report and Recommendation is not subject to attack for plain error or manifest injustice. Accordingly, this Court adopts the Report and Recommendation for the reasons stated therein.

      It is therefore

      **ORDERED** that the petition for a writ of habeas corpus is **DISMISSED.**

**IT IS SO ORDERED.**

Dated: September 27, 2005

                                                        Thomas J. McAvoy
                                                         Senior, U.S. District Judge