# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF NEW YORK

---

**Andrew Crandall**

    vs.

**George B. Duncan, Superintendent,
Great Meadow Correctional Facility**

JUDGMENT IN A CIVIL CASE

**CASE NO.**  9:00-CV-911

---

____ **JURY VERDICT.**  This action came before this Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**X**  **DECISION BY COURT.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT PETITIONER'S PETITION FOR WRIT OF HABEAS CORPUS IS DISMISSED.

IN ACCORDANCE WITH THE HONORABLE THOMAS J. MCAVOY'S DECISION & ORDER FILED SEPTEMBER 27, 2005.

Dated:  September 27, 2005

*(signature)*
Clerk of Court

s/S. Potter
By:  Deputy Clerk